```
UNITED STATES DISTRICT COURT
    DISTRICT OF CONNECTICUT
```

```
MUNSON BUILDERS, et al.,         :
                                 :
     Plaintiffs,                 :
                                 :
     v.                          :    CASE NO. 3:11cv774(RNC)
                                 :
BAZYLI CAP,                      :
                                 :
     Defendant.                  :
```

ORDER

Pending before the court is the plaintiffs' application for prejudgment remedy pursuant to Conn. Gen. Stat. § 52-278a et seq. (Doc. #2.)

A conference regarding the plaintiffs' application is scheduled for June 8, 2011 at 11:00 a.m. in Judge Martinez's chambers, U.S. District Court, 450 Main Street, Room 262, Hartford, CT. The plaintiffs shall cause a copy of this order and their PJR application to be served on the defendant by June 3, 2011.

SO ORDERED at Hartford, Connecticut this 31st day of May, 2011.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge