UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MUNSON BUILDERS, INC.,　　　　　　:
et al.,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　Plaintiffs,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　:　　　CASE NO. 3:11cv774(RNC)
　　　　　　　　　　　　　　　　　　:
BAZYLI CAP,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　Defendant.　　　　　　　　　　:

## SCHEDULING ORDER

After a status conference held on June 17, 2011, it is hereby ORDERED that:

1. A hearing on the petitioner's motion for prejudgment remedy shall be held on August 12, 2011 at 10:00 a.m.

2. Prior to August 5, 2011, counsel for the parties shall confer in an attempt to arrive at stipulations of fact and to agree on exhibits that may be introduced without objection at the hearing.

3. By August 5, 2011, each party shall file a memorandum of law. In addition to setting forth its version of the facts and the legal argument in support of its position, each party shall include in its memorandum a list of witnesses who will testify at the hearing and a brief description of each witness's testimony.

For any expert witness, each party shall set forth the opinion to be expressed, a brief summary of the basis of the opinion and a list of the materials on which the witness intends

to rely. If a party objects to all or any part of the anticipated testimony of any witness, lay or expert, the objection and its grounds shall be set forth in the Memorandum so that the objection can be addressed prior to the hearing.

4. Also by August 5, 2011, the parties shall file a stipulation of all facts not in dispute.

5. Also by August 5, 2011, each party shall file a list of exhibits that will be introduced at the hearing. The list shall note whether the parties agree that a particular exhibit should be admitted as evidence without objection at the hearing. If there is an objection to an exhibit, the proponent of the exhibit must set forth the basis for admissibility of the exhibit and the opponent must set forth the basis of the objection.

The exhibit list shall denote the exhibit number and a brief description of the exhibit. Prior to the beginning of the hearing, each party shall deliver to the courtroom deputy clerk a copy of the exhibit list, shall premark its exhibits, and shall deliver its premarked exhibits to the courtroom deputy clerk. Exhibit stickers are available from the courtroom deputy clerk. All exhibits shall be marked numerically and say "Plaintiff" or "Defendant". If the same exhibit is offered by more than one party, the parties shall mark only one exhibit by placing their respective exhibit stickers on the one exhibit

(e.g., Plaintiff Jones, Exhibit #2; Defendant Smith Exhibit #5) Each party shall prepare <u>two</u> courtesy copies of its documentary exhibits for the court's use during the hearing. The courtesy copies shall be arranged in order in a notebook with tabs bearing the exhibit number. All copies shall be stamped "Copy" to distinguish them from the original exhibit. The "Copy" stamp shall be in a color other than black to show that the word "copy" is not part of the exhibit itself.

Dated at Hartford, Connecticut this 17th day of June, 2011.

_____
Donna F. Martinez
United States Magistrate Judge